IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

LARELL LANSDOWNE,
    Plaintiff,

v.                                  Civil No. 3:24cv759 (DJN)

COUNTY OF FAIRFAX, *et al.*,
    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on November 22, 2024, the Court conditionally docketed Plaintiff's action. On December 9, 2024, the United States Postal Service returned the November 22, 2024 Memorandum Order to the Court marked, "RETURN TO SENDER," and "NO LONGER HERE." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

Let the Clerk file a copy of this Memorandum Opinion electronically and send a copy to Plaintiff.

An appropriate Order shall issue.

                                            /s/

David J. Novak
United States District Judge

Alexandria, Virginia
Date: December 16, 2024